IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE MOTES,

           Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

           Defendant.

3:16-cv-01309

Hon. John E. Jones III

**ORDER**

**April 11, 2017**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of Nancy A. Berryhill[1], Acting Commissioner of Social Security and against Plaintiff Eugene Motes as set forth in the following paragraph;

2. The decision of the Acting Commissioner of Social Security denying Plaintiff Eugene Motes' disability insurance benefits is **AFFIRMED** and the Plaintiff's appeal is **DENIED**; and

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security as the defendant in this suit.

3. The Clerk of Court shall **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge